Commonwealth *v.* Reagan, Appellant.

Submitted December 11, 1972.
*John J. Segata, Jr.,* Assistant Public Defender, for appellant; *Alan B. McFall,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Roberson, Appellant.

Argued December 11, 1972. *James J. Phelan, Jr.,* for appellant; *James T. Ranney,* Assistant District Attorney, with him *Joseph C. Murray* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.